# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **Ryujin Fujinomaki,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 2:15-cv-1381 |
| | § | |
| Google Inc., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Motorola Mobility Holdings, Inc., Motorola Mobility LLC, LG Electronics Inc, LG Electronics Mobilecomm U.S.A. Inc., LG Electronics U.S.A. Inc., Asutek Computer Inc, Asus Computer International Inc., and Huawei Technologies Co., Ltd, | § § § § § § § § § | |
| **Defendants.** | § | |

## NOTICE OF COMPLIANCE BY GOOGLE INC.

Defendant Google, Inc., files this Notice of Compliance to inform the Court that they have complied with the Court's January 25, 2016 Second Amended Docket Control Order (Dkt. No. 102) requiring service of their Initial and Additional Disclosures. Service was completed via electronic mail on January 26, 2016.

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

By: _____*/s/ J. Mark Mann*_____
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com

**ATTORNEYS FOR DEFENDANT GOOGLE, INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 27th day of January, 2016.

_____*/s/ J. Mark Mann*_____
**J. Mark Mann**